UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AKEMI TANAKA, an individual,

Plaintiff,

v.

CARIS MPI, INC. (d/b/a Caris Life Sciences), a Texas corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 25-cv-1376-BJC-MSB

**ORDER STAYING CASE**

On September 28, 2026, the Court denied Defendant Caris MPI, Inc.'s Motion to Compel Arbitration. ECF No. 28. On October 9, 2026, Defendant filed a notice of appeal to the Ninth Circuit as to the Order denying the Motion to Compel Arbitration. ECF No. 29.

In light of this interlocutory appeal, the Court **STAYS** this action and **VACATES** all currently scheduled hearings and deadlines pending resolution of the appeal. *See Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738 (2023) (holding that when a federal district court denies a motion to compel arbitration, and the losing party appeals that decision, "the district court must stay its pre-trial and trial proceedings while the interlocutory appeal is

ongoing"). The Clerk of Court is **DIRECTED** to vacate the December 3, 2026 Pretrial Conference and stay this matter.

**IT IS SO ORDERED.**

Dated: October 21, 2026

Honorable Benjamin J. Cheeks
United States District Judge